UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
COLUMBIA DIVISION

| | | |
|---|---|---|
| CURTIS FRAZIER, | ) | |
| Plaintiff, | ) ) ) | |
| | ) | No. 1:09-0022 |
| v. | ) | JUDGE ECHOLS |
| | ) | |
| PHILLIP'S MASONRY GROUP, INC., | ) ) | |
| Defendant. | ) | |

## ORDER

For the reasons explained in the Memorandum entered contemporaneously herewith, Defendant's Motion For Summary Judgment (Docket Entry No. 9) is hereby GRANTED.

This case is hereby DISMISSED WITH PREJUDICE.

The Clerk is directed to enter judgment in a separate document in accordance with Federal Rule of Civil Procedure 58(a).

It is so ORDERED.

_____
ROBERT L. ECHOLS
UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
COLUMBIA DIVISION

| | | |
|---|---|---|
| **CURTIS FRAZIER,** | ) ) | |
| Plaintiff, | ) ) | |
| | ) | No. 1:09-0022 |
| v. | ) ) | JUDGE ECHOLS |
| **PHILLIP'S MASONRY GROUP, INC.,** | ) ) | |
| Defendant. | ) | |

**MEMORANDUM / ORDER**

[Overlapping text — Memorandum and Order superimposed:]

Defendant Phillip's Masonry Group, Inc. ("Defendant") filed a Motion for Summary Judgment (Docket Entry No. 9), to which Plaintiff Curtis Frazier ("Plaintiff") filed a response in opposition (Docket Entry No. 12), and Defendant filed a Reply (Docket Entry No. 19).

Plaintiff is an African-American man whose employment was terminated by the Defendant. Plaintiff alleges in his Complaint that Defendant discriminated against him on the basis of race in the terms and conditions of employment and by terminating his employment, in violation of Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. § 2000e *et seq.,* and the Tennessee Human Rights Act ("THRA"), Tenn. Code Ann. § 4-21-101 *et seq.* Plaintiff also alleged that Defendant retaliated against him for opposing unlawful race discrimination, in violation of Title VII and the THRA. Plaintiff also raised state-law claims that Defendant terminated his employment in violation of the Tennessee Public Protection Act, Tenn. Code Ann. § 50-1-304, and Tennessee common law solely because he reported Defendant's unlawful pay practice. Plaintiff seeks compensatory and punitive damages, back pay, front pay, attorney's fees, prejudgment interest, and other relief.

Before the Court is a Memorandum ("Defendant's") filed a Motion for Summary Judgment (Docket Entry No. 9), to which Plaintiff (Docket Entry No. 9) ("Plaintiff") GRANTED.

This Docket Entry is DISMISSED WITH PREJUDICE.

The Clerk is directed to enter judgment in a separate document pursuant to Federal Rule of Civil Procedure 58(a).

It is so ORDERED.

_____
ROBERT L. ECHOLS
UNITED STATES DISTRICT JUDGE

1